UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERSONAL GENOMICS TAIWAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> PACIFIC BIOSCIENCES OF CALIFORNIA INC, <br><br> Defendant. | Case No. 24-cv-04098-NW <br><br> **ORDER VACATING ALL DATES AND DIRECTING PARTIES TO FILE DISMISSAL OR STATUS REPORT** <br><br> Re: ECF No. 177 |

On March 13, 2026, the parties filed a notice of settlement stating that the parties "agreed to a binding settlement to resolve the action" and requested that "the Court vacate and remove from the Court's calendar all pending dates scheduled in the action." ECF No. 177. The parties indicated that they "intend to further memorialize their agreement" by March 30, 2026, and file dismissal papers after that. *Id.* Accordingly, all dates, including the September 23, 2026 pretrial conference and October 5, 2026 trial, are VACATED.

Parties shall file their stipulation of dismissal by Monday, April 13, 2026. The Court sets a compliance hearing regarding dismissal for Wednesday, April 29, 2026, at 10:00 a.m. in Courtroom 3, 5th Floor, Federal Courthouse, 280 South First Street, San Jose, California. If the case is not dismissed by the hearing date, the compliance hearing will be converted into an order to show cause why the case should not be dismissed. All parties shall file an objection to the order to show cause in writing by Wednesday, April 15, 2026. Counsel must appear at the hearing in person; no remote appearances will be permitted.

**IT IS SO ORDERED.**

Dated: March 16, 2026

_____
Noël Wise
United States District Judge

United States District Court
Northern District of California