UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERSONAL GENOMICS TAIWAN, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC BIOSCIENCES OF CALIFORNIA INC,<br><br>Defendant. | Case No. 24-cv-04098-NW<br><br>**ORDER EXTENDING TIME FOR PARTIES TO FILE DISMISSAL OR STATUS REPORT**<br><br>Re: ECF No. 179 |

On March 13, 2026, the parties filed a notice of settlement stating that they "agreed to a binding settlement to resolve the action" and requested that "the Court vacate and remove from the Court's calendar all pending dates scheduled in the action." ECF No. 177. The parties also indicated that they "intend to further memorialize their agreement" by March 30, 2026, and file dismissal papers after that. *Id.* The Court then ordered the parties to file their stipulation of dismissal by Monday, April 13, 2026. ECF No. 178.

On April 10, 2026, the parties indicated in a joint status report that they "are continuing to actively negotiate the language of their written agreement and require additional time in order to finalize and implement their agreement." ECF No. 179. The parties also stated that they expect to file dismissal papers before April 29, 2026. *Id.*

Accordingly, the Court ORDERS the parties to file their stipulation of dismissal by Monday, April 27, 2026. The Wednesday, April 29, 2026 compliance hearing regarding dismissal is VACATED and RE-SET to Wednesday, May 20, 2026, at 10:00 a.m. in Courtroom 3, 5th Floor, Federal Courthouse, 280 South First Street, San Jose, California. If the case is not dismissed by the hearing date, the compliance hearing will be converted into an order to show cause why the case should not be dismissed. All parties shall file an objection to the order to show cause in writing by Wednesday, May 6, 2026. Counsel must appear at the hearing in person; no

United States District Court
Northern District of California

remote appearances will be permitted.

**IT IS SO ORDERED.**

Dated: April 14, 2026

Noël Wise
United States District Judge